IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SAMUEL THOMAS WATHEN                                              PLAINTIFF

VS.                                         CIVIL ACTION NO. 1:15CV143-SA-DAS

PAUL L. CHEN A/K/A CHEN LING AND
SHANGHAI INDUSTRIES GROUP, LTD                                    DEFENDANTS

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

**THIS DAY** this cause came before the Court on joint motion *ore tenus* of the parties to dismiss this action against Defendants with prejudice. After being fully advised in the premises, and these parties having reached a full and final compromise regarding this dispute, this Court finds that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that all of Plaintiff's claims against Defendants in the above-styled cause shall be, and hereby are, dismissed with prejudice. Each party shall bear its own costs.

**SO ORDERED**, this the 4th day of February, 2016.

                                                                     **/s/ Sharion Aycock**
                                                                     **U.S. DISTRICT JUDGE**